IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARA FLAMM, : | CIVIL ACTION |
| : | |
| Plaintiff, : | |
| : | NO. 02-4302 |
| v. : | |
| : | |
| SARNER & ASSOCIATES, P.C. and : | |
| JOSHUA SARNER, ESQUIRE and : | |
| LEONARD SARNER, ESQUIRE and : | |
| JODI H. BROWN, M.D. and JOHN : | |
| MATUSAVAGE, : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter our appearance in the above-captioned matter on behalf of defendants,

Sarner & Associates, P.C.; Joshua Sarner, Esquire and Leonard Sarner, Esquire.

                                    CHRISTIE, PABARUE, MORTENSEN and YOUNG
                                           A Professional Corporation

           By: _____
                JAMES W. CHRISTIE, ESQUIRE (I.D. No. 12068)
                WILLIAM F. MCDEVITT, ESQUIRE (I.D. No.: 80206)
                1880 JFK Blvd., 10th Floor
                Philadelphia, PA 19103
                (215) 587-1678

                Attorneys for Defendants,
                Sarner & Associates, P.C.;
                Joshua Sarner, Esquire and
                Leonard Sarner, Esquire

Dated: July 24, 2002

385632_1

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Entry of Appearance were served today via first class mail to all counsel of record at the addresses listed below:

Robert P. Brand, Esquire
1200 Walnut Street, 5th Floor
Philadelphia, PA  19107

Anthony Baratta, Esquire
Baratta & Russell, P.C.
The Loft at Mount Jolly
2661 Huntingdon Pike
Huntingdon Valley, PA  19006

                                                    JAMES W. CHRISTIE

Dated:  July 24, 2002