**MARA FLAMM V. SARNER & ASSOCIATES, P.C., ET AL.**

**MOTION OF ATTORNEY DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

**DEFENDANTS' EXHIBIT 2**

**Statement of Claim**



**COMMONWEALTH OF PENNSYLVANIA**
**THE PHILADELPHIA MUNICIPAL COURT**
34 SOUTH 11TH STREET,
PHILADELPHIA, PA 19107
ALAN K. SILBERSTEIN, PRESIDENT JUDGE

# STATEMENT OF CLAIM

No. SC-

| TYPED BY | APPROVED | COURT COSTS $ |
|---|---|---|

**Plaintiff(s):**
Jodi E. Brown, M.D.
Constitution Place, Suite 1308
325 Chestnut Street
Philadelphia, PA 19106

CODE

**Defendant(s):**
MARA FLAMM
709 S. SCHELL STREET
PHILA., PA 19147

☐ CO

**SERVICE ADDRESS (INFORMATION) if other than above**

☐ MOTOR VEHICLE CASE - Defendant License Information

| OPERATOR - DATE OF BIRTH | DEFENDANT - OPERATOR NO. | DATE OF ACCIDENT | LICENSE PLATE NO. |
|---|---|---|---|
| | | OWNER - DATE OF BIRTH | OWNER - OPERATOR NO. |

**TO THE DEFENDANT:** The above named plaintiff(s) ask judgment in this Court against you for **$ 5,415.00** plus court costs upon the following claim:

Plaintiff, Jodi R. Brown, MD, is a licensed adult and child psychiatrist, with offices at Constitution Place, Suite 1308, 325 Chestnut Street, Phila., PA 19106. Defendant is Mara Flamm who resides at 703 B South Perth Street, Phila., PA 19147, or who may also reside at 709 Schell Street, Phila., PA. Commencing on or about _____, Plaintiff Dr. Brown provided psychiatric evaluation and psychiatric treatment services to Ms. Flamm, as set forth in greater detail on the attached billing statements. These services were provided at Plaintiff Dr. Brown's offices in Philadelphia. The amount of fee due for these psychiatric examination and treatment services is $5,415.00. Plaintiff has demanded of Defendant that she pay the amount due. Defendant has refused to do so.

Principal Amount $ 5,415.00
Interest at _____6_____ %
from _____
$ _____
Attorney's Fee: $ _____
Other: $ _____
TOTAL $ _____

PLUS COURT COSTS

☐ NOTICE TO DEFEND FILED

COUNSEL FOR PLAINTIFF/ATTY. I.D. NO., NAME & ADDRESS
Joshua Sarner, Esq., 54463, 11 Penn Center, 29th Flr., Phila., PA  ZIP CODE 19103  PHONE 215-496-1396

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF PHILADELPHIA ss: | SUMMONS to the defendant: You are hereby ordered to appear at a hearing scheduled as follows: | CITACION - Al Demandado: Por la presente, usted esta dirijido a presentarse a la siguiente vista en: |
|---|---|---|
| I, _____ depose and say that the facts set forth in this complaint are true and correct and acknowledge that I am subject to the penalties of 18 P.S. 4904 relating to Unsworn Falsification to Authorities. | LOCATION (Sitio) Courtroom 4-F Fourth Floor, 34 South 11th Street | DATE (Fecha) APRIL 4, 2001  TIME (Hora) 9:30 AM |
| | IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the Court this 20TH day of FEB , 19 2001  | |
| Signature Plaintiff/Attorney | Court Administrator, Philadelphia Municipal Court | |

**IMPORTANT NOTICE TO THE DEFENDANT**
You have been sued in court. If you wish to defend against the claims set forth, you must appear at the date, time and place as shown. You are warned that if you fail to appear, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT, WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY, AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN A MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF HEARING, WHICHEVER IS LATER.

**NOTA IMPORTANTE PARA EL ACUSADO**
Usted ha sido demandado en corte. Si usted desea defenderse contra las quejas que aparecen en contra suya debe usted apelar al dia, la hora y sitio que se senalo. Usted esta advertido que si no comparece, el caso puede continuar sin su presencia y una querella puede ser puesta en contra suya por la corte sin ninguna notificacion, por dinero reclamado, o por alguna otra queja requierda por el demandante. Usted puede perder dinero, propiedad u otros derechos importantes para usted.

LA CORTE MUNICIPAL CUMPLE CON EL DECRETO DE AMERICANOS INCAPACITADOS (AMERICANS WITH DISABILITIES ACT) ESTE DECRETO REQUIERE QUE TODOS LOS SER-VICIOS Y FACILIDADES DE CORTE SEAN ACCESIBLE A PERSONAS INCAPACITADAS, AL IGUAL QUE PERSONAS NO INCAPACITADAS SE USTED ESTE INCAPACITADO Y NECESITA ACOMODACIONES RAZONABLES, PARA PODER RADICAR UNA DEMANDA, PARTICIPAR EN ALGUN PROCEDIMIENTO O UTILIZAR SERVICIOS EN LA CORTE MUNICIPAL POR FAVOR LLAME AL TELEFONO 686-7986 PARA SOLICITAR ACOMODACIONES RAZONABLES DEBE LLAMAR POR LO MENOS TRES DIAS DE TRABAJO ANTES DE SU AUDIENCIA O DENTRO DE TRES DIAS DESPUES DE RECIBIR SU CITA, SEGUN LO QUE OCURRA PRIMERO.

A corporation or unincorporated association must be represented by an attorney except when damages are not in excess of $2,500. In such cases, a corporation or unincorporated association may be represented by an officer who has documentation of such status. For further information, call 686-7987 or 7988.

03-7 (Rev. 4/97)

January 2001
**Billing Summary**

Mara Flamm
708 B
South Perth Street
Philadelphia, PA 19147


Jodi H. Brown, MD.
325 Chestnut Street, Suite 1308
Philadelphia, PA. 19106
215-625-9055


**1997**
Initial Evaluation (99245) $190:   April 14, 1997
Treatment Session (90844) $140:
April 21
May 5,12
June 9,16,25
July 2,9,16,23,30
August 6,18,20,27
September 5,12,19,25,30

Treatment Session (90844) $85:   Discounted Fee
October 8,9,14,15,16,21,22,23,28,29,30
November 4,5,6,10,11,12,18,19,20,25,26
December 2,3,4,9,10

**1998**
Treatment Session (90844) $85:   Discounted Fee
January 6,7,13,14,15,20,21,22,27,28,29
February 9,10,11,17,23,24,25
March 2,3,4,9,23,31
April 1,6,8,13,14,15,20,22,27,28,29
May 7,11
October 5


**Balance Due:  $5415**

Diagnostic Code: 300.00