**MARA FLAMM V. SARNER & ASSOCIATES, P.C., ET AL.**

**MOTION OF ATTORNEY DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

**DEFENDANTS' EXHIBIT 3**

**Default Judgment**

*Signature - Plaintiff/Attorney*

Signature

ALAN K. SILBERSTEIN, PRESIDENT JUDGE

APPROVED  atty 1384 J   COURT COSTS $65.50

| Jodi H. Brown, M.D.<br>Constitution Place, Suite 1308<br>325 Chestnut Street<br>Philadelphia, PA 19106 | CODE | MARLA FLAMM<br>709 S. SCHELL STREET<br>PHILA., PA 19147 | S.<br>St |
|---|---|---|---|
| Plaintiff(s) | ☐ CONS | | ant(s) |

| PLAINTIFF | DEFENDANT | CASE CONTINUED TO |
|---|---|---|
| ☐ Appeared  ☐ Did Not Appear | ☐ Appeared  ☐ Did Not Appear | DATE |
| ☐ Represented by:  ☐ Not Represented<br>(Name & Atty. No.) | ☐ Represented by:  ☐ Not Represented<br>(Name & Atty. No.) | ROOM<br>JUDGE |

**CASE MUST BE TRIED**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| ☐ Appeared  ☐ Did Not Appear | ☐ Appeared  ☐ Did Not Appear | DATE |
| ☐ Represented by:  ☐ Not Represented<br>(Name & Atty. No.) | ☐ Represented by:  ☐ Not Represented<br>(Name & Atty. No.) | ROOM<br>JUDGE |

## TRIAL DISPOSITION

| PLAINTIFF | | DEFENDANT | ATTY NO |
|---|---|---|---|
| ☑ Appeared  ☐ Did Not Appear   ATTY NO | | ☐ Appeared  ☒ Did Not Appear | |
| 060 ☐ No Service - Dismissed WITHOUT Prejudice | | 080 ☐ Judgment by Agreement (see Remarks) | |
| 061 ☒ Judgment for Plaintiff by Default<br>plus interest from _____ plus<br>Time of judgment  9:50  A.M./P.M. | AMOUNT 6,215.00<br>COSTS 65.50 | 081 ☐ Judgment for Defendant by Default<br>082 ☐ Withdrawn from Court List without Prejudice<br>(will be relisted upon receipt of letter from<br>either party) | |
| 062 ☐ Judgment for Plaintiff<br>plus interest from _____ plus<br>Time of judgment  A.M./P.M. | AMOUNT<br>COSTS | 083 ☐ Withdrawn with Prejudice | |
| 070 ☐ Judgment for Defendant | | 084 ☐ Case Settled, Discontinued, and Ended | |
| 071 ☐ Judgment for Defendant as Plaintiff in Counterclaim | AMOUNT | 085 ☐ Case Transferred to Common Pleas Court | COURT NO |
| 072 ☐ Judgment for Plaintiff as a Defendant on Counterclaim | AMOUNT | 091 ☐ Case to be consolidated with<br>S.C. # | |

REMARKS  Int rate 6% to 4/4/01

DATE _____  JUDGE _____

**COURT RECORD DISPOSITION**