<u>**MARA FLAMM V. SARNER & ASSOCIATES, P.C., ET AL.**</u>

<u>**MOTION OF ATTORNEY DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**</u>

**DEFENDANTS' EXHIBIT 5**

**Domestic Return Receipt**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Marc Flemm
   Rosemont College
   1400 Pine St
   Phila PA 19152-4655

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X C. Hentz                      ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   2 315 638 735

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509