<u>**MARA FLAMM V. SARNER & ASSOCIATES, P.C., ET AL.**</u>

<u>**MOTION OF ATTORNEY DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**</u>

**DEFENDANTS' EXHIBIT 6**

**Affidavit of Service**

# AFFIDAVIT OF SERVICE

| PLAINTIFF(S) Jodi H. Brown | COURT TERM and NO. SC-01-02-20-1994 | COUNTY Phila PA |
|---|---|---|
| DEFENDANT(S) MAXA FLAMM, PIERCE JR. COLLEGE | DATE PREPARED | SERVED BY JOHN MANSAVAGE |
| SERVE AT Ms. MAXA FLAMM, PROFESSOR 1420 Pine St. Phila PA 19106 | ☐ Civil Action ☐ Summons ☐ Writ Of | ☐ Subpoena ☐ Notice of Real Estate Sale ☐ Other |
| | COMPANY CONTROL NUMBER | |

**SPECIAL INSTRUCTIONS**

Served and made known to **Ms. MAXA FLAMM by SUPERVISOR Ms. PERKINS, B/F; 5"2; 110; BL. Hair; DK. SKIN THU GLASSES,** on the **26th** day of **OCTOBER AT 2:04 PM**, at **1420 Pine St. Phila PA** at **1420 Pine St. Pierce JR. College Phila PA**, County of **Phila** Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is ___
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☒ Agent or (person in charge) of Defendants's office or usual place of business. **Ms. PERKINS Ms. FLAMM's SUPERVISOR**
☐ _____ an officer of said Defendant company.
☐ Other

**Description** Age: **30** Height: **6"2** Weight: **110** Race: **Black** Sex: **F**

On the **26th** day of **OCTOBER**, ~~2000~~ at **1420 Pine St. Phila PA**
Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other

**NAME OF SERVER**

**JOHN MANSAVAGE** being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

| Sheriff | Process Server/Competent Adult | |
|---|---|---|
| Law Firm | SARUBA, JOSHUA ESQ | ATTEST |
| Attorney's Name Address | 1835 MARKET ST. (28th FL) PHILA PA | PRO PROTHY |
| Telephone # | 496 1396 | Client # DATE |

390 Philadelphia Assoc. of Professional ProcessServers Rev 98.1
'etro Filing Services, Inc, founding member.