## MARA FLAMM V. SARNER & ASSOCIATES, P.C., ET AL.

## MOTION OF ATTORNEY DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)

## DEFENDANTS' EXHIBIT 9

Return of Service of January 25, 2002 at 1:12 p.m.

# Return of Service

On the **24th** day of **January**, ~~19~~ **2002**

I, **John Matusavage**, served with the foregoing subpoena by (describe method of service): Hand delivered to Pierce College on 1-24-02 at 1:12 pm; Mrs Carmieta Rutless who accepted legal documents for Professor Mara Flamm who was unavailable at this time

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

_____1-24-02_____          _____ John Matusavage _____
         Date                                          Signature


_____ Ms. Mara Flamm by Carmieta Rutless _____
         Name of Person Served

10-200 (Rev 4/96) (Reverse)



JOHN'S SUBPOENA SERVICE
JOHN MATUSAVAGE
1641 South Etting Street

Philadelphia, PA. 19145

DATE:
1-24-02

SERVICES PROVIDED:
Legal Documents Served:
Professor Mirza Flamm
by
Carmietta Rutling

Pierce College
Broad + Pine ST
Phila PA - 19106

AMOUNT DUE:
$ 35.00

TOTAL $ 35.00
AMOUNT DUE $ 35.00