## MARA FLAMM V. SARNER & ASSOCIATES, P.C., ET AL.

## MOTION OF ATTORNEY DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)

## DEFENDANTS' EXHIBIT 10

**January 25, 2002 Letter, Jane MacElhenney to Joshua Sarner**
**(Sent Via Facsimile on 1/25/02 at 2:38 p.m.)**

**JANE MacELHENNEY**
Attorney at Law
Suite 500
1200 Walnut Street
Philadelphia, PA  19107
(215) 735-3713
FAX (215) 546-3440

January 25, 2002

TO:   Joshua Sarner

RE:  Mara Flamm

Dear Sir or Madam:
Enclosed herewith please find the following:

| | |
|---|---|
| ( ) Answer to Motion | ( ) Complaint |
| ( ) Application for Turnover | ( ) Amended Plan |
| ( ) Application to Extend Plan | ( ) Amended |
| ( ) Certificate of Service | ( ) Motion to Avoid Lien |
| (X) Chapter 7 Petition | ( ) Order Requiring Answer and |
| ( ) Motion to Extend Plan |     Notice of Hearing |
| ( ) Chapter 11 Petition | ( ) Notice |
| ( ) Chapter 13 Petition | ( ) Notice of Intent to Sell |
| ( ) Check in the amount of | ( ) Objection to Proof of Claim |
| ( ) Application Directed to Debtor's Employer | ( ) Order, Dated |
| ( ) Certification of No Objection | ( ) Motion for Relief |
| ( ) Debtor's Motion to Abate Plan Payments | ( ) Stipulation |
| ( ) Application for Allowance of Counsel Fee | ( ) Summons |
| ( ) Interrogs/Application | ( ) Motion to sell free and |
| ( ) Interrogs/Questionnaire |     clear of Liens |
| ( ) | |

        Stop ALL collections attempts and contact at once or we will proceed with a
motion for contempt!!

        Very truly yours,

        Jane MacElhenney

Encl.