IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARA FLAMM                                          CIVIL ACTION
                                    :
                                    :               NO.   02-4302
            VS.                     :
                                    :
                                    :


SARNER & ASSOCIATES, P.C., ET AL


## ORDER

        AND NOW, this 18th day of NOVEMBER, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

        **ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Lowell A. Reed, Jr. to the Honorable Herbert J. Hutton.


FOR THE COURT:


JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court