IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## ORDER

AND NOW, this 19th day of December, 2002, after conducting a telephone status conference with counsel in the above-captioned matter, it is hereby **ORDERED** that a Discovery Hearing shall take place on **January 2, 2003**, at **10:30 a.m.** in Courtroom 3H, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE