IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C., et al. | : | NO. 02-4302 |

## **ORDER**

AND NOW, this 2nd day of January, 2003, after conducting a Discovery Hearing with counsel in the above-captioned action, it is hereby **ORDERED** that:

1. Defendants objection to Plaintiff's request for "[a]ll documents related to the collection of debts such as Plaintiff's" is sustained. Discovery is permitted for those matters referred by Dr. Brown to Sarner & Associates.

2. Defendants' objection to Plaintiff's request for "[a]ll financial reports and statements to investors of Defendant for the past three years" and "[a]ll income tax returns of the Defendant for the past three years" is sustained. Discovery concerning punitive damages shall be made available at the time of trial.

3. Defendants' objection to Plaintiff's request for "[c]opies of all cancelled checks or other documents relating to the employment of any person, company or business in connection with the collections of the debt owed by Plaintiff" is sustained, subject to interrogatories and deposition(s) concerning the handling of Ms. Flamm's debt.

4. The attorney-client privilege has been waived by Defendant Brown in regard to her correspondence with the Sarner Defendants.

5. Defendant Brown shall submit to the Court for *in camera* inspection medical records that refer to Plaintiff's treatment from 1997-1998 no later than **January 22, 2003**.

6. A **Telephone Status Conference** in this matter will be held on **February 4, 2003, at 10:00 a.m.** to discuss the medical records reviewed by the Court, Plaintiff's Motion to Amend the Complaint, as well as an extension of the discovery deadline. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE