IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : |  |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : |  |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : |  |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : |  |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : |  |
| ESQUIRE; AND JODI H. BROWN, M.D. | : |  |

**ORDER**

AND NOW, this 13th day of January, 2003, upon consideration of the fact that after conducting a Discovery Hearing in the above-captioned action a Telephone Status Conference was scheduled for February 4, 2003, it is hereby **ORDERED** that the Telephone Status Conference previously scheduled for January 21, 2003, is CANCELLED.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE