# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 02-10951

*Assigned to:* Judge Kevin J. Carey
Chapter 7
Voluntary
No asset

*Date Filed:* 01/22/2002

**Mara Dori Flamm**
709 S. Schell Street
Philadelphia, PA 19147
(215)
SSN: 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
*Debtor*

represented by

**JANE B. MACELHENNEY**
SCHROEDER & MAC ELHENNEY
1200 Walnut Street
Suite 500
Philadelphia, PA 19107
(215) 735-3713

**ROBERT P. BRAND**
1200 Walnut Street
5th Floor
Philadelphia, PA 19107
(215) 985-1500

**CHRISTINE C. SHUBERT**
7 Foxsparrow Turn
Tabernacle, NJ 08088
(609) 268-2962
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/22/2002 | 1 | Voluntary Petition missing documents: Due on 2/6/02 ;Proof of Claim (gov't) Deadline: 7/22/02 $200.00 Fee Paid Rec. # 141146 (B.,Lucy) (Entered: 01/22/2002) |
| 01/22/2002 | 2 | Application By Debtor Mara Dori Flamm To Extend Time To File required documents . (B.,Lucy) (Entered: 01/22/2002) |
| 01/22/2002 | 3 | Certificate Of Service By JANE B. MACELHENNEY for Debtor Mara Dori Flamm Of [2-1] Application To Extend Time To File required documents by Mara Dori Flamm . (B.,Lucy) (Entered: 01/22/2002) |
| 01/23/2002 | 4 | Notice Appointing Interim Trustee, CHRISTINE SHUBERT (M.,Angela) (Entered: 01/23/2002) |
| 01/23/2002 | 5 | Order Entered that unless the missing documents: All Schedules Summary of Schedules Statement of Financial Affairs Disclosure of Aty Compensation Matrix are filed within 15 days of the date of the petition, or unless a timely |

| | | |
|---|---|---|
| | | request for an extension time is submitted this case may be dismissed. (B.,Lucy) (Entered: 01/23/2002) |
| 01/25/2002 | 6 | Courts BNC Certificate of Service Re: [5-1] Documents Order . # of Notices: 3 sent. (auto) (Entered: 01/26/2002) |
| 02/05/2002 | 7 | Order Granting [2-1] Motion To Extend Time To File required documents by Mara Dori Flamm ;Missing Documents due: 2/18/02 . (T.,Jason) (Entered: 02/07/2002) |
| 02/15/2002 | 8 | Matrix. 2 Page(s) (T.,Jason) (Entered: 02/15/2002) |
| 02/15/2002 | 9 | All Schedules and Statements filed (T.,Jason) (Entered: 02/15/2002) |
| 02/27/2002 | 10 | First Meeting of Creditors Scheduled For 11:30 3/22/02 At Curtis Center - 950 West Last Day To Oppose Discharge: 5/21/02 (M.,Eileen) (Entered: 02/27/2002) |
| 03/01/2002 | 11 | Courts BNC Certificate of Service Re: [10-1] First Meeting . # of Notices: 25 sent. (auto) (Entered: 03/02/2002) |
| 03/22/2002 | 12 | First Meeting Held and Examination of Debtor. (T.,Jason) (Entered: 03/29/2002) |
| 03/22/2002 | 13 | Debtor's Oath filed. (T.,Jason) (Entered: 03/29/2002) |
| 03/22/2002 | 14 | Trustee's Report of No Assets. (T.,Jason) (Entered: 03/29/2002) |
| 04/04/2002 | 15 | Amended Schedule B (T.,Jason) (Entered: 04/05/2002) |
| 05/20/2002 | 16 | Objection To Discharge filed by JOSHUA SARNER for Creditor Jodi H. Brown. (T.,Jason) (Entered: 05/21/2002) |
| 05/20/2002 | 17 | Certificate Of Service By JOSHUA SARNER for Creditor Jodi H. Brown Of [16-1] Objection by Jodi H. Brown M.D. . (T.,Jason) (Entered: 05/21/2002) |
| 05/31/2002 | 18 | Hearing Re: [16-1] Objection to Discharge by Jodi H. Brown M.D. schd For 10:00 7/8/02 at Courtroom #1 (T.,Jason) (Entered: 05/31/2002) |
| 06/02/2002 | 19 | Courts BNC Certificate of Service Re: [18-1] Hearing . # of Notices: 4 sent. (auto) (Entered: 06/04/2002) |
| 06/07/2002 | 20 | Notice of Appearance And Request For Service Of Notice By ROBERT P. BRAND for Debtor Mara Dori Flamm . (T.,Jason) (Entered: 06/11/2002) |
| 06/07/2002 | 21 | Response By Debtor Mara Dori Flamm To [16-1] Objection by Jodi H. Brown |

| | | |
|---|---|---|
| | | M.D. . (T.,Jason) (Entered: 06/11/2002) |
| 06/07/2002 | 22 | Certificate Of Service By ROBERT P. BRAND for Debtor Mara Dori Flamm Of [20-1] Notice To Appear by ROBERT P. BRAND, [21-1] Response by Mara Dori Flamm . (T.,Jason) (Entered: 06/11/2002) |
| 07/01/2002 | 23 | Motion By Debtor Mara Dori Flamm To Dismiss Objection To Discharge and For Sanctions Pursuant To Bankruptcy Rule 9011 (T.,Jason) (Entered: 07/02/2002) |
| 07/01/2002 | 24 | Certificate Of Service By ROBERT P. BRAND for Debtor Mara Dori Flamm Of [23-1] Motion To Dismiss Objection To Discharge by Mara Dori Flamm, [23-2] Motion For Sanctions Pursuant To Bankruptcy Rule 9011 by Mara Dori Flamm . (T.,Jason) (Entered: 07/02/2002) |
| 07/08/2002 | 25 | Hearing Held and concluded Re: [16-1] Objection by Jodi H. Brown M.D. . 1 week for post-hearing submissions. Debtor's "motion to dismiss" will be treated as memo of law in support of opposition to objection to discharge. (B.,Pamela) (Entered: 07/10/2002) |
| 07/15/2002 | 26 | Praecipe to Withdraw Objection [16-1] by Creditor Jodi H. Brown M.D. . (T.,Jason) (Entered: 07/16/2002) |
| 07/15/2002 | 27 | Certificate Of Service By JOSHUA SARNER for Creditor Jodi H. Brown Of [26-1] praecipe . (T.,Jason) (Entered: 07/16/2002) |
| 07/15/2002 | 28 | Memorandum in Opposition to [23-2] Motion For Sanctions Pursuant To Bankruptcy Rule 9011 by Mara Dori Flamm filed by JOSHUA SARNER for Creditor Jodi H. Brown. (T.,Jason) (Entered: 07/16/2002) |
| 07/15/2002 | 29 | Certificate Of Service By JOSHUA SARNER for Creditor Jodi H. Brown Of [28-1] Opposition Brief/Memorandum by JOSHUA SARNER . (T.,Jason) (Entered: 07/16/2002) |
| 07/17/2002 | 30 | Order Entered scheduling a hearing re: [26-1] praecipe for 10:00 8/19/02 at Courtroom #1 . (D.,Virginia) (Entered: 07/19/2002) |
| 08/19/2002 | 32 | Hearing Held Re: [26-1] praecipe . (G.,Patricia) (Entered: 08/21/2002) |
| 08/20/2002 | 31 | Order Granting [23-1] Motion To Dismiss Objection To Discharge by Mara Dori Flamm, Denying without prejudice [23-2] Motion For Sanctions Pursuant To Bankruptcy Rule 9011 by Mara Dori Flamm . (B.,Lucy) (Entered: 08/21/2002) |
| 09/30/2002 | 33 | Motion By Debtor Mara Dori Flamm For Sanctions . (T.,Jason) (Entered: 10/01/2002) |
| | | |

h    ecf   eb    c    g    cg   b

| | | |
|---|---|---|
| 09/30/2002 | 34 | Notice of [33-1] Motion For Sanctions by Mara Dori Flamm schd For 10:00 11/4/02 at Courtroom #1 and Certificate of Service. (T.,Jason) (Entered: 10/01/2002) |
| 10/15/2002 | 35 | Memorandum in Support of Filed by Jodi H. Brown M.D. (related document(s)33 Motion By Debtor Mara Dori Flamm For Sanctions ). (M., Florence) (Entered: 10/17/2002) |
| 10/15/2002 | 36 | Objection to *Motion By Debtor Mara Dori Flamm For Sanctions* Filed by Jodi H. Brown M.D. (related document(s)33). (M., Florence) (Entered: 10/17/2002) |
| 11/04/2002 | 37 | Hearing held and Continued re: Motion By Debtor Mara Dori Flamm For Sanctions (related document(s)33). Hearing scheduled for 12/4/2002 at 11:00 AM at nix1 - Courtroom #1. Order to be submitted embodying Bench ruling. Hearing continued for determination of sanctions, unless otherwise resolved by counsel. (B., Pamela) (Entered: 11/06/2002) |
| 12/04/2002 | 38 | Sanctions Hearing Held and concluded re:Motion By Debtor Mara Dori Flamm For Sanctions (related document(s)33). Matter taken under advisement. (B., Pamela) (Entered: 12/09/2002) |
| 12/17/2002 | 39 | Transcript of hearing held on 11/4/02 (12 pages). (C., Christopher) (Entered: 12/17/2002) |
| 12/17/2002 | 40 | Transcript of hearing held on 12/4/02 (21 pages). (C., Christopher) (Entered: 12/17/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2003 14:59:54 | | | |
| PACER Login: | cp0097 | Client Code: | 326-137 |
| Description: | Docket Report | Case Number: | 02-10951 |
| Billable Pages: | 2 | Cost: | 0.14 |

h   ecf   eb   c   g   cg   b

**02-10951** Mara Dori Flamm
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Kevin J. Carey
**Date filed:** 01/22/2002 **Date of last filing:** 12/17/2002

# Case Summary

| | | | |
|---|---|---|---|
| **Office:** | Philadelphia | **Filed:** | 01/22/2002 |
| **County:** | Philadelphia | **Terminated:** | |
| **Fee:** | Paid | **Discharged:** | |
| **Reopen:** | 0 | **Reopened:** | |
| **Previous Term:** | | **Converted:** | |
| **Disposition:** | | **Dismissed:** | |
| **Joint:** | n | | |

**Pending Status:** Awaiting Discharge
**Flags:**
**Trustee:** CHRISTINE C. SHUBERT   **City:** Tabernacle   **Phone:** (609) 268-2962
**Party 1:** Mara Dori Flamm   (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)   (db)
**Atty:** ROBERT P. BRAND          **Represents party 1:** db **Phone:**(215) 985-1500
**Atty:** JANE B. MACELHENNEY **Represents party 1:** db **Phone:**(215) 735-3713

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2003 14:43:38 | | | |
| PACER Login: | cp0097 | Client Code: | 326-137 |
| Description: | Case Summary | Case Number: | 02-10951 |
| Billable Pages: | 2 | Cost: | 0.14 |