IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM, | : | CIVIL ACTION |
|              Plaintiff, | : | |
| v. | : | NO. 02-4302 |
| SARNER & ASSOCIATES, P.C. and JOSHUA SARNER, ESQUIRE and LEONARD SARNER, ESQUIRE and JODI H. BROWN, M.D. and JOHN MATUSAVAGE, | : | |
|              Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion to Amend her Complaint, and any response thereto, it is hereby ORDERED that said motion is DENIED.

_____
                                                                 J.