# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARA FLAMM, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 02-4302 |
| SARNER & ASSOCIATES, P.C. and JOSHUA SARNER, ESQUIRE and LEONARD SARNER, ESQUIRE and JODI H. BROWN, M.D. and JOHN MATUSAVAGE, | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion to Dismiss Count III of Plaintiff's Amended Complaint of Defendants Sarner & Associates, P.C.; Joshua Sarner, Esquire and Leonard Sarner, Esquire (collectively "attorney defendants"), and any response thereto, it is hereby ORDERED that said motion is GRANTED.

It is FURTHER ORDERED and DECREED that Count III of the plaintiff's Amended Complaint is hereby DISMISSED with prejudice as to attorney defendants.

_____
J.