**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Attorney Defendants' Opposition to Plaintiff's Motion For Leave to File an Amended Complaint Or, In The Alternative, Defendants Motion To Dismiss Count III of Plaintiffs' Proposed Amended Complaint, with Memorandum of Law in Support and proposed forms of Order(s), were served today via first class mail to all counsel of record at the addresses listed below:

Robert P. Brand, Esquire
1200 Walnut Street, 5th Floor
Philadelphia, PA  19107

Anthony Baratta, Esquire
Baratta & Russell, P.C.
The Loft at Mount Jolly
2661 Huntingdon Pike
Huntingdon Valley, PA  19006

						WILLIAM F. McDEVITT

Dated: _____