IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

**ORDER**

AND NOW, this 4th day of February, 2003, after conducting a telephone status conference with counsel in the above-captioned action, it is hereby **ORDERED** that:

1. Discovery is extended one hundred twenty (120) days from the date of this Order, but no later than **June 4, 2003**.

2. A **Telephone Status Conference** will be held on **June 5, 2003**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions, as well as to explore the possibility of a resolution of this matter. Plaintiff's counsel is directed to initiate this conference call to (215) 597-6079.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE