IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 02-4302 |
| v. | : | |
| SARNER & ASSOCIATES, P.C. and JOSHUA SARNER, ESQUIRE and LEONARD SARNER, ESQUIRE and JODI H. BROWN, M.D. and JOHN MATUSAVAGE, | : | |
| Defendants. | : | |

**ORDER**

And now, this _____ day of _____, 2003, upon consideration of Attorney Defendants' Motion For Leave To File A Sur-Reply Memorandum in Opposition to Plaintiff's Motion to Amend Complaint and Motion to Dismiss Count III of the Plaintiff's Proposed Amended Complaint, it is hereby ORDERED and DECREED that said Motion for Leave is GRANTED.

_____, J.

:404791-1