## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date, the undersigned served the preceding Motion for Leave

to File A Sur-Reply, including Sur-Reply, upon all parties to this action by depositing a copy

hereof postage prepaid in the United States mail addressed as follows:

Robert P. Brand, Esquire
1200 Walnut Street, 5th Floor
Philadelphia, PA  19107

Anthony Baratta, Esquire
Baratta & Russell, P.C.
The Loft at Mount Jolly
2661 Huntingdon Pike
Huntingdon Valley, PA  19006

Bayard H. Graf, Esquire
Graf & Graf, P.C.
162 Beaumont Road
Devon, PA 19333-1849


_____          _____
Date                                                                              WILLIAM F. MCDEVITT