IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO.  02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## ORDER

AND NOW, this 3rd day of March, 2003, upon consideration of correspondence to the Court from counsel for defendant John Matusavage dated February 27, 2003, it is hereby **ORDERED** that a **Telephone Discovery Conference** shall take place on **March 10, 2003**, at **2:00 p.m.**  Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE