IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO.  02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

**ORDER**

AND NOW, this 10th day of March, 2003, after conducting a telephone discovery conference with counsel in the above-captioned matter, it is hereby **ORDERED** that Plaintiff shall answer Defendant John Matusavage's interrogatories directed to Plaintiff and his request for production of documents to Plaintiff within five (5) days of the date of this Order.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE