IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C., et al. | : | NO. 02-4302 |

**ORDER**

AND NOW, this 7th day of April, 2003, upon this Court's telephone confirmation of the pendency of Plaintiff's Bankruptcy Petition No. 02-10951, it is hereby **ORDERED** that:

1. The above-captioned action is STAYED and placed in CIVIL SUSPENSE pending the resolution of Plaintiff's bankruptcy petition.

2. The following motions are DENIED WITHOUT PREJUDICE with leave to refile upon this matter's removal from suspense:

   a. Plaintiff's Motion for Leave to Amend Complaint (Docket Entry No. 32);

   b. Attorney Defendants' Motion to Dismiss Count III of Plaintiffs's Proposed Amended Complaint (Docket Entry No. 35);

   c. Defendant Jodi H. Brown, M.D.'s Motion to Dismiss Count III of Plaintiff's Proposed Amended Complaint (Docket Entry No. 36);

   d. Attorney Defendants' Motion for Leave to File a Sur-reply in Support of Attorney Defendants' Opposition to Plaintiff's Motion for Leave to File an Amended Complaint and Attorney Defendants' Motion to Dismiss Count III of Plaintiff's Proposed Amended Complaint (Docket Entry No. 42).

3. Plaintiff's Motion for Leave to File a Reply Brief in Further Support of the Motion to Amend (Docket Entry No. 38), having been previously stipulated to by counsel, is MOOT.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE