IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## ORDER

AND NOW, this 1st day of October, 2003, it is hereby **ORDERED** that a **Telephone Status Conference** for the above-captioned matter is scheduled for **October 15, 2003**, at **2:00 p.m.** in order to discuss the status of Plaintiff's bankruptcy proceedings. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:


M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE