IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

**ORDER**

AND NOW, this 3rd day of February, 2004, upon consideration of correspondence to the Court from Plaintiff's counsel dated January 28, 2004, it is hereby **ORDERED** that:

1. Having been informed that Plaintiff's bankruptcy proceedings have been completed, this case is returned to active status.

2. A **Telephone Status Conference** is scheduled for **February 18, 2004**, at **10:00 a.m.** in order to discuss how best to proceed towards resolution of this matter. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE