IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## **ORDER**

AND NOW, this 19th day of February, 2004, after conducting a telephone status conference with counsel in the above-captioned matter on February 18, 2004,, it is hereby **ORDERED** that:

1. Attorney Defendants' Motion for Leave to File a Sur-Reply in Support of Attorney Defendants' Opposition to Plaintiff's Motion for Leave to File an Amended Complaint and Attorney Defendants' Motion to Dismiss Count III of Plaintiffs' Proposed Amended Complaint (Docket Entry No. 42) is GRANTED. The Sur-Reply shall be filed no later than **March 10, 2004**.

2. Should Plaintiff choose to file an additional reply brief in support of her Motion for Leave to Amend the Complaint, she shall do so no later than **March 3, 2004.**

3. Plaintiff shall respond to the interrogatories of Defendant John Matusavage no later than **March 9, 2004**.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE