**CERTIFICATE OF SERVICE**

This is to certify that on this date, the undersigned served the preceding Sur-Reply in Support of Attorney Defendants' Opposition to Plaintiff's Motion for Leave to File an Amended Complaint and Attorney Defendants' Motion to Dismiss Count III of Plaintiff's Proposed Amended Complaint, upon all parties to this action by depositing a copy hereof postage prepaid in the United States mail addressed as follows:

Robert P. Brand, Esquire
1200 Walnut Street, 5th Floor
Philadelphia, PA 19107

Anthony Baratta, Esquire
Baratta & Russell, P.C.
The Loft at Mount Jolly
2661 Huntingdon Pike
Huntingdon Valley, PA 19006

Bayard H. Graf, Esquire
Graf & Graf, P.C.
162 Beaumont Road
Devon, PA 19333-1849

| | |
|---|---|
| Date | WILLIAM F. MCDEVITT |