IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## **ORDER**

AND NOW, this 2nd day of June, 2004, after conducting a settlement conference with counsel in the above-captioned action on June 1, 2004, it is hereby **ORDERED** that:

1. Discovery is extended ninety (90) days, or until **August 30, 2004**.

2. A **Telephone Status Conference** is scheduled for **August 31, 2004**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for dispositive motions and to explore the possibility of a resolution of the matter. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE