IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## ORDER

AND NOW, this 11th day of August, 2004, upon consideration of correspondence to the Court from counsel for Plaintiff and counsel for the Sarner Defendants dated August 9, 2004, and August 10, 2004, respectively, it is hereby **ORDERED** that a **Discovery Hearing** shall take place on **August 16, 2004**, at **2:00 p.m.** in Courtroom 3H, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 to discuss Plaintiff's Requests for Production of Documents.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE