IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARA FLAMM                                                      :            CIVIL ACTION
                                                               :
         v.                                                    :
                                                               :
SARNER & ASSOCIATES, P.C.; JOSHUA SARNER;     :            NO.  02-4302
LEONARD SARNER, ESQUIRE;                                        :
JODI H. BROWN, M.D.; JOHN MATUSAVAGE;          :
JOHN DOE PROCESS SERVER, INDIVIDUALLY AND :
AS AGENT FOR SARNER & ASSOCIATES, P.C.;        :
JOSHUA SARNER, ESQUIRE; LEONARD SARNER,        :
ESQUIRE; AND JODI H. BROWN, M.D.                :


## ORDER

AND NOW, this 19th day of August, 2004, after conducting a Discovery Hearing with

counsel on August 16, 2004, in the above-captioned matter, it is hereby **ORDERED** that upon the

execution of a Confidentiality Agreement, for attorneys' eyes only, with the exception of Robert P.

Brand, Esquire, the following shall be submitted to Plaintiff's counsel by counsel for the Sarner

Defendants as soon as practicable:

1.  Tax returns for the time periods encompassed in the Affidavit of Joshua Sarner, Esquire

dated August 12, 2004.

2.  The case files, as well as any other documentation, in support of the statements made by

Joshua Sarner, Esquire in the above-mentioned affidavit concerning the collection of debts by Sarner

& Associates, P.C.

                                        BY THE COURT:


                                        _____
                                        M. FAITH ANGELL
                                        UNITED STATES MAGISTRATE JUDGE