IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO.  02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

### ORDER

AND NOW, this 31st day of August, 2004, after conducting a Telephone Status Conference

with counsel in the above-captioned action, it is hereby **ORDERED** that:

1.  All discovery must be completed no later than **October 15, 2004**.

2.  A **Telephone Status Conference** is scheduled for **October 18, 2004**, at **10:00 a.m.** in

order  to determine whether discovery has been completed, to set a time frame for the filing of

dispositive motions, and to explore the possibility of a resolution of the matter.  The Court shall

initiate this conference call.

BY THE COURT:

_____

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE