IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARA FLAMM                                        :        CIVIL ACTION
                                                  :
        v.                                        :
                                                  :
SARNER & ASSOCIATES, P.C.; JOSHUA SARNER;         :        NO.  02-4302
LEONARD SARNER, ESQUIRE;                          :
JODI H. BROWN, M.D.; JOHN MATUSAVAGE;             :
JOHN DOE PROCESS SERVER, INDIVIDUALLY AND :
AS AGENT FOR SARNER 7 ASSOCIATES, P.C.;           :
JOSHUA SARNER, ESQUIRE; LEONARD SARNER,           :
ESQUIRE; AND JODI H. BROWN, M.D.                  :


**ORDER**

AND NOW, this 19th day of November, 2004, after conducting a Telephone Status

Conference with counsel in the above-captioned action, it is hereby **ORDERED** that anotehr

**Telephone Status Conference** is scheduled for **January 11, 2005**, at **10:00 a.m.** in order  to

determine the status of Defendant Matusavage's deposition, to set a time frame for dispositive

motions, and to explore the possibility of a resolution on the matter.  The Court shall initiate this

conference call.

BY THE COURT:


_____
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE