IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## ORDER

AND NOW, this 10th day of January, 2005, upon consideration of correspondence to the Court from Plaintiff's counsel dated January 10, 2005, it is hereby **ORDERED** that the **Telephone Status Conference** which was scheduled for January 11, 2005, is CONTINUED, and it will now be held on **January 21, 2005**, at **4:00 p.m.** in order to determine the status of Defendant Matusavage's deposition, to set a time frame for dispositive motions, and to explore the possibility of a resolution on the matter. The Court shall initiate this conference call.

BY THE COURT:

_____

M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE