IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER & ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE | : | |

**ORDER**

AND NOW, this 3rd day of February, 2005, after conducting a Telephone Status Conference with counsel in the above-captioned matter, it is hereby **ORDERED** that:

1. As the deposition of Defendant John Matusavage has been completed, the discovery period in this action is ended, effective today, **February 3, 2005**.

2. The information submitted to the Court for *in camera* inspection by counsel for the Sarner Defendants, as it pertains to Collections, is to be disclosed to Plaintiff's counsel as soon as practicable. The remaining figures on the documents shall be redacted.

3. Defendants shall file a Motion for Summary Judgment with supporting briefs and affidavits no later than **March 7, 2005**.

4. An appropriate response to the motion shall be filed no later than **April 6, 2005**.

5. A **Telephone Status Conference** shall take place on **April 15, 2005**, at **10:00 a.m.** to discuss the status of the case and the possibility of a resolution of the matter. The Court shall initiate this conference call.

BY THE COURT:

_____
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE