IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARA FLAMM, | : |
|  | : |
| Plaintiff, | : CIVIL ACTION |
|  | : |
| v. | : NO. 02-4302 |
|  | : |
| SARNER & ASSOCIATES, P.C. and JOSHUA SARNER, ESQUIRE and LEONARD SARNER, ESQUIRE and JODI H. BROWN, M.D. and JOHN MATUSAVAGE, | : |
|  | : |
| Defendants. | : |

## ORDER

And now, this _____ day of _____, 2005, upon consideration of the Sarner Defendants' Motion for Summary Judgment, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED and plaintiff's Complaint against the Sarner Defendants is DISMISSED with prejudice.

_____, J.

:404791-1