**CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the foregoing Motion For Summary Judgment of Sarner & Associates, P.C., Joshua Sarner, Esquire and Leonard Sarner, Esquire, were served today via first class mail to all counsel of record at the addresses listed below:

Laurence A. Mester, Esquire
1333 Race Street
Philadelphia, PA 19107

Bayard H. Graf, Esquire
Graf & Graf, P.C.
162 Beaumont Road
Devon, PA 19333-1849

 

_____
WILLIAM F. McDEVITT

Dated: March 7, 2005