IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARA FLAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARNER & ASSOCIATES, P.C.; JOSHUA SARNER; | : | NO. 02-4302 |
| LEONARD SARNER, ESQUIRE; | : | |
| JODI H. BROWN, M.D.; JOHN MATUSAVAGE; | : | |
| JOHN DOE PROCESS SERVER, INDIVIDUALLY AND | : | |
| AS AGENT FOR SARNER 7 ASSOCIATES, P.C.; | : | |
| JOSHUA SARNER, ESQUIRE; LEONARD SARNER, | : | |
| ESQUIRE; AND JODI H. BROWN, M.D. | : | |

## ORDER

AND NOW, this 5th day of May, 2005, after conducting a Telephone Status Conference with counsel in the above-captioned action, it is hereby **ORDERED** that:

1. The Sarner Defendants' Motion for Leave to File a Reply in Further Support of their Motion for Summary Judgment (Docket Entry No. 77) is DENIED.

2. All confidential information, as discussed at the above-mentioned Telephone Status Conference, shall be filed UNDER SEAL.

BY THE COURT:

_____
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE