IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
                              :
MARA FLAMM,                   :    CIVIL ACTION
                              :
           Plaintiff,         :
                              :    NO. 02-4302
     v.                       :
                              :
SARNER & ASSOCIATES, P.C. and :
JOSHUA SARNER, ESQUIRE and    :
LEONARD SARNER, ESQUIRE and   :
JODI H. BROWN, M.D. and JOHN  :
MATUSAVAGE,                   :
                              :
           Defendants.        :
_____:
```

**ORDER**

AND NOW, this 3rd day of January, 2006, upon consideration of Defendants' motions for summary judgment, Plaintiff's omnibus response, and consistent with the above discussion, it is hereby **ORDERED** that:

1. The Motion for Summary Judgment of the Sarner Defendants (Docket Entry No. 70) is DENIED.

2. The Motion of Defendant [Matusavage] for Summary Judgment (Docket Entry No. 71) is DENIED.

BY THE COURT:

_____
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE