```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARA FLAMM                           :   CIVIL ACTION
                                     :
                                     :
        v.                           :
                                     :
SARNER & ASSOCIATES, P.C., et al:        NO. 02-4302

## **O R D E R**

**AND NOW, TO WIT:** this 1st day of June, 2006, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                              BY THE COURT:


                               S/M. FAITH ANGELL
                              M. FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)

Date:   June 1, 2006
By Fax:   Laurence A. Mester, Esq.       215-665-1393
          Robert P. Brand, Esq.          215-546-5355
          James W. Christie, Esq.        215-587-1699
          William F. McDevitt, Esq.      215-587-1699
          Bayard H. Graf, Esq.           (610) 695-9065